IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In Re:   CRAIG J. HARMON. and                              Chapter 13

KATHERINE L. HARMON,                              Case No. 11-11593-BLS

Debtors.

# FIRST AMENDED CHAPTER 13 PLAN

**NOTICE TO ALL CREDITORS THAT THIS PLAN AND ALL OF ITS PROVISIONS ARE SUBJECT TO DEL BANKR. L.R. 3023-1**

The future earnings of the Debtor are submitted to the supervision and control of the Court and the Debtor shall pay to the trustee the sum of $293.00 monthly, for 60 months. The first Chapter 13 Plan payment shall be made on or before July 15, 2011, and shall be due on the 15th of the month thereafter until completion of the plan.

From the payment so received, after deduction of allowed Trustee's commission, the Trustee shall make disbursements as follows:

1. Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. § 507.

   Debtor's Counsel Fees _____   $1,500.00_____
   Priority taxes and Other Priority:              None

2. Subsequent to dividends to priority creditors, holders of allowed secured claims shall retain the liens securing such claims subject to the terms and conditions listed below and shall be paid pro rata as follows:

   A) Long term or Mortgage Debt: $6,760.94, Prepetition arrearage only, to be paid to Discover Bank for debt secured by a first mortgage on debtor's residence. Debtor shall continue to make regular post petition payments directly to Discover Bank. This section of the Plan specifically incorporates all of the provisions affecting mortgage claims as set forth in Del Bank L.R 3023-1(b)(ii) and the parties shall be so governed.

   B) Strip Off:  2d Mortgage lien held by Citimortgage against Debtors' residence shall be stripped off as there is no equity in Debtors' residence in excess of the outstanding balance owed on Debtors' first mortgage. The remaining outstanding $71,488.00, and any other remaining outstanding amount associated with Debtor's second mortgage loan will be considered unsecured.

   C) Secured vehicle debt (Cramdown): Payments to Citifinancial. for the 1994 Mazda Navajo in the amount of $300.00 will be paid by the Trustee. This amount represents principle and interest in full for this vehicle. Any remaining amount associated with this loan will be considered unsecured

   Secured vehicle debt (Cramdown):  Payments to Santander for the 2006 Dodge Durango in the amount of $7,350.00 will be paid by the Trustee. This amount represents principle and interest in full for this vehicle. Any remaining amount associated with this loan will be considered unsecured

   D) Secured Vehicle Debt (910 Car Claim):  None

3. Other Secured Debt;  None

4. Surrender Collateral:  None

5. Subsequent to dividends to priority and secured creditors, dividends to allowed non-priority general unsecured creditors shall be distributed as follows:

   General unsecured creditors will be paid a pro rata dividend if any.

6. The Debtors; property shall re-vest in the Debtors on confirmation of the plan

  a.  A proof of claim must be filed in order to share in distributions under the Plan.  Proofs of claim, in duplicate, shall be delivered or mailed to the Clerk, United States Bankruptcy Court, 824 North Market Street, Wilmington, Delaware 19801.

/s/   Craig J. Harmon_____    \_2-27-2012\_\_\_\_
 Debtor's Signature              Date


/s/   Katherine L. Harmon_____    \_2-27-2012\_\_\_\_
 Debtor's Signature              Date


/s/   Neil F. Dignon, Esquire_____    \_\_2-27-2012\_\_\_
Attorney for Debtor(s)              Date

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In Re:   CRAIG J. HARMON. and                                    Chapter 13

       KATHERINE L. HARMON,                            Case No. 11-11593-BLS

              Debtors.

## CHAPTER 13 ANALYSIS

Debtors:  CRAIG J. HARMON. AND KATHERINE L. HARMON

Prior: Bankruptcy  (XX)          Chapter 13  (XX)          Filing Date: 5/24/2011

Estimated Length of Plan:    50   months    Trustee Use:  Yes

§ 341 Meeting Date: July 6, 2011            Continued: _____

Confirmed Date: _____

TOTAL DEBT PROVIDED FOR UNDER
THE PLAN AND ADMINISTRATIVE EXPENSES

| | |
|---|---:|
| Total Priority Claims (Class One) | |
| Unpaid attorney's fees | $ 1,500.00 |
| Taxes | $ 0.00 |
| Other | $ 0.00 |
| | |
| Total of Payments to Cure Defaults (Class Two) | $ 6,760.94 |
| Total of Payments on Secured Claims (Class Three) | $ 7,650.00 |
| Total of Payments on Unsecured Claims (Class Four) | $ 30.00 |
| Sub-total | $15,940.94 |
| Total Trustee's Compensation (10% of debtor's payments) | $ 1,594.00 |
| Total Debt and Administrative Expenses | $17,534.94 |

_____
RECONCILIATION WITH CHAPTER 7

Interest of Class Four Creditors If Chapter 7 Filed
1. Value of Debtor's Interest in Non-exempt Property        $       0.00
2. Plus: Value of Property Recoverable Under Avoiding
   Powers                                                  $       0.00
3. Less: Estimated Chapter 7 Administrative Expense        $  10,000.00
4. Less: Amounts Payable to Priority Creditors other       $
   than costs of administration                            $       0.00
5. Equals: Estimated Amount Payable
   Creditors if Chapter 7 Filed (if negative, enter zero)  $       0.00
   Estimated Dividend Under Plan                           $      30.00


/s/  Craig J. Harmon _ _____                         __2-27-2012____
  Debtor's Signature                                       Date


/s/  Katherine L. Harmon _____                       __2-27-2012____
  Debtor's Signature                                       Date


/s/  Neil F. Dignon, Esquire_____                    __2-27-2012___
Attorney for Debtor(s)                                     Date

## CERTIFICATE OF SERVICE

I, Neil F. Dignon, Esquire, do hereby certify that on or before February 27, 2012, that 0ne (1) true copy of the attached Third Amended Chapter 13 plan filed by the Debtors was mailed postage paid, electronically mailed and/or hand delivered to:

Michael B. Joseph, Esquire
Chapter 13 Trustee
824 North Market Street
Suite 904
P.O. Box 1351
Wilmington, DE 19899
(VIA Electronic Mail)

Craig J. Harmon
Katherine L. Harmon
18531 Greely Avenue
Lincoln, DE 19960
(VIA Electronic Mail)

Office of the United States Trustee
844 King Street
Suite 2007
Lockbox 35
Wilmington, DE 19801

Kristy J. Doughty, Esquire
Whittington & Aulgur
651 North Broad Street
P.O. Box 1040
Middletown, DE 19709-1040
(VIA Electronic Mail)

All parties on attached creditor's matrix

Afni, Inc.
Po Box 3427
Bloomington, IL  61702

Chase Bank Usa N.a.
200 White Clay Center Drive
Newark, DE  19703

Emergency Health Services-Bayhealth
640 South State Street
Dover, DE  19901

Aspire
Po Box 105555
Atlanta, GA  30348-5555

Chase Mtg
10790 Rancho Berna
San Diego, CA  92127

Fia Csna
Po Box 17054
Wilmington, DE  19850

Aspire Card
P.O. Box 105555
Atlanta, GA  30348-5555

Citibank
100 Citibank Drive
San Antonio, TX  78245

Fncl Health
12850 Middlebrook Ste 307
Germantown, MD  20874

Asset Acceptance Llc
Po Box 2036
Warren, MI  48090

Citifinancia
Bsp13a 300 Saint Paul Pla
Baltimore, MD  21202

Gemb/ge Money Bank Low
Po Box 103065
Roswell, GA  30076

Bank Of America
Po Box 1598
Norfolk, VA  23501

Citifinancial
300 Saint Paul Pl
Baltimore, MD  21202

Hsbc/boscv
Po Box 4274
Reading, PA  19606

Bayhealth Medical Center
104 NE Front Street
Milford, DE  19963

Citifinancial
NTSB-2320
6801 Colwell Blvd
Irving, TX  75039

I.c. System Inc.
P.o. Box 64378
St Paul, MN  55164

Beebe Medical Center
424 Savannah Road
Lewes, DE  19958

Citimortgage Inc
Po Box 9438
Gaithersburg, MD  20898

Interboro Recovery Service Inc
P.O. Box 573
Glenolden, PA  19036

Cap One
Po Box 85520
Richmond, VA  23285

Clark C. Kingery
203 West 18th Street
Wilmington, DE  19802

Internal Revenue Service
P.O. Box 21126
Att: CIO
Philadelphia, PA  19114

Cavalier Teleph
P.O. Box 9001111
Louisville, KY  40290-1111

Delaware Division Of Revenue
C/O Stuart B. Drowos, Esquire
DAG
820 North French Street
Wilmington, DE  19801

Lanc Coll (original Creditor:med1 0
218 West Orange St
Lancaster, PA  17603

Chase
Po Box 15298
Wilmington, DE  19850

Delmarva Emergency Physicians
21 West Clarke Ave
Milford, DE  19963

Lyons Doughty And Veldhuis
15 Ashley Place
Suite 2B
Wilmington, DE  19804

Midland Credit Mgmt  
8875 Aero Dr  
San Diego, CA   92123

Verizon Inc.  
P.O. Box 660748  
Dallas, TX   75266-0748

Monterey Collection Sv  
4095 Avenida De La Plata  
Oceanside, CA   92056

Wells Fargo Financial, Inc.  
Customer Service F4008-080  
800 Walnut  
Desmoines, IA   50309

National Recovery Agency  
2491 Paxton St  
Harrisburg, PA   17111

Wff Cards  
3201 N 4th Ave  
Sioux Falls, SD   57104

Nco Fin/38  
2360 Campbell Crk Ste 50  
Richardson, TX   75082

Zenith Acquisition  
170 North Pointe Parkway  
Amherst, NY   14228

NCO Financial Services Inc.  
P.O. Box 15630  
Dept 72  
Wilmington, DE   19850

Prosper  Inc  
5072 North 300 W  
Provo, UT   84604-5652

Santander Consumer Usa  
Po Box 961245  
Ft Worth, TX   76161

Sussex Emergency Services  
P.O. Box 589  
Georgetown, DE   19947

Thd/cbsd  
Po Box 6497  
Sioux Falls, SD   57117

Thd/cbsd  
Po Box 6497  
Sioux Falls, SD   57117-6497