IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:   CRAIG J. HARMON | Chapter 13 |
|       & | Case No. 11-11593-BLS |
| KATHERINE L HARMON, | |
|    Debtors, | |

**NOTICE OF DEBTOR'S MOTION SEEKING**

**TO AMEND WAGE ATTACHMENT**

| | | |
|---|---|---|
| Mr. Craig J. Harmon | Michael B. Joseph, Esquire | Office of the United States |
| Ms. Katherine L. Harmon | Chapter 13 Trustee | Trustee |
| 18531 Greely Avenue | 824 Market Street | 844 King Street |
| Lincoln, DE 19960 | P.O. Box 1351 | Suite 2007 |
| (Via Electronic Mail) | Wilmington, DE 19899-1351 | Lockbox 35 |
| | (Via Electronic Mail) | Wilmington, DE 19801 |

     Please be advised that the Motion Seeking to Modify Confrmed Plan filed by the Counsel for Debtor will be heard at the convenience of the court in the United States Bankruptcy Court, 824 Market Street, Wilmington DE.  Any objections should be filed with the United States Bankruptcy Court with a copy sent to counsel for Debtors.


DATED: July 26, 2012                                                   BY:__/s/ Neil F. Dignon_____
                                                                                            Neil F. Dignon, Esquire
                                                                                            Counsel for the Movant

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:  CRAIG J. HARMON, and | Chapter 13 |
| KATHERINE L. HARMON | Case No. 11-11593-BLS |
| Debtors, | |

**MOTION SEEKING TO MODIFY CONFIRMED CHAPTER 13 PLAN**

**COMES NOW**, the above named Debtor(s) by and through the undersigned counsel, respectfully move(s) this Honorable Court to enter an order granting leave to modify debtor's confirmed Chapter 13 Plan.  In support of Movant's plea for said relief, Movant states the following:

1. This proceeding seeking leave to Modify confirmed Chapter 13 plan is a contested matter within the meaning of 9014 and 4001 of the Federal Rules of Bankruptcy Procedure, and this court has jurisdiction over this matter pursuant to 28 U.S.C. Section 157.

2. On or about May 24, 2011, the above named debtor(s), filed with this court a Petition seeking protection pursuant to Chapter 13 of the United States Bankruptcy Code.

3. Michael B. Joseph, Esquire was appointed, and remains, Chapter 13 Trustee.

4. On or about February 27, 2011, Debtors filed their First Amended Chapter 13 Plan.

5. On or about March 19, 2012, this honorable court entered and order confirming Debtor's First Amended Chapter 13 Plan.

6. Debtors have inadvertantly gone $501.00, delinquent on their plan payments, and wish to modify their plan to account for the delinquency, and assure that the full dividend of their plan is paid.

7. Debtors are committed to the chapter 13 process.

8. Debtors wish to cure the remaining delinquency via a modified plan (Copy of proposed modified plan attached as Exhibit A.).

9. No creditor will be prejudiced by the court granting the requested relief.

**WHEREFORE**, upon consideration of the facts presented, Debtors respectfully request this honorable Court enter an Order granting leave to file the Debtors' first Modified Chapter 13 Plan.

                Respectfully submitted,

                /s/ Neil F. Dignon_____
                Neil F. Dignon, Esquire
                Bar Number 3625
                Attorney for the Movant
                Neil F. Dignon, Esquire, Attorney at Law
                20771 Professional Park Blvd
                Unit 1   2d Floor
                Georgetown, DE 19947
                Tel (302) 725-0288
                Fax (800) 494-8413
                Email: N.Dignon@neilfdignon.com

DATED: July 26, 2012

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

Re:   CRAIG J. HARMON, and                     Chapter 13

       KATHERINE L. HARMON                   Case No. 11-11593-BLS

       Debtors,

### ORDER GRANTING LEAVE TO MODIFY CONFIRMED CHAPTER 13 PLAN

**UPON CONSIDERATION** of the Motion seeking extension of time to file forms and schedules ("Motion"), ("Debtors"), and any response thereto, and good cause having been shown:

**IT IS HEREBY ORDERED**, this _____ day of _____, 2012, that the Motion is **GRANTED**; and it is further

**ORDERED,** that Debtor may modify their confirmed chapter 13 plan to account for any currently delinquent plan payments.

                                                 BY THE COURT:

                                                 _____
                                                 U.S. Bankruptcy Court Judge

CERTIFICATION OF SERVICE

I, NEIL F. DIGNON ESQUIRE, HEREBY CERTIFY that on this July 26, 2012, I caused copies of the foregoing Motion, and Proposed Form of Order, to be mailed via first class United States Mail, postage-paid, to the following individuals and/or entities:

Michael B. Joseph, Esquire
Chapter 13 Trustee
824 North Market Street
Suite 904
P.O. Box 1351
Wilmington, DE 19899
 (VIA Electronic Mail)

Office of the United States Trustee
844 King Street
Suite 2007
Lockbox 35
 Wilmington, DE 19801

 Craig J. Harmon
 Katherine L. Harmon
 18531 Greely Avenue
 Lincoln, DE 19960

                                                          __/s/ Neil F. Dignon_____
                                                            Neil F. Dignon, Esquire